# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LENNON,

    *Petitioner*,

vs.

E.K. MCDANIEL, *et al.*,

    *Respondents*.

3:10-cv-00663-LRH-VPC

ORDER

In this habeas matter, petitioner has filed a letter (#6) stating that a check for the filing fee was enclosed. No check was submitted with the letter. The Court will give petitioner one final opportunity to pay the filing fee. Petitioner further should note that Local Rule LSR 2-2 requires that he immediately file a written notification of any change of address. Merely using a different address on a filing or a return envelope does not satisfy this requirement. The action may be dismissed if legal mail is returned because plaintiff no longer is located at the last address given to the Court.

IT THEREFORE IS ORDERED that petitioner shall have until thirty (30) days to pay the filing fee. If petitioner does timely pay the filing fee, this action will be dismissed without further advance notice.

DATED this 12th day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE