# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LENNON,

    *Petitioner*,

vs.

E.K. MCDANIEL, *et al.*

    *Respondents*.

3:10-cv-00663-LRH-VPC

ORDER

    Following upon the notice (#17) of appearance by petitioner's counsel in this habeas matter,

    IT IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Debra A. Bookout, Esq., appearing as petitioner's counsel of record.

    IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred fifty (150) days from entry of this order within which to file an amended petition. No deadline established herein necessarily establishes a period of tolling of the federal limitation period. The Court will screen the amended petition filed prior to ordering a response.

    IT FURTHER IS ORDERED that any state court record exhibits filed herein – by either petitioner or respondents – shall be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits in the attachment. **The hard copy of any exhibits filed by either counsel shall be delivered -- for this case -- to the Clerk's Office in Las Vegas.**

-2-

1    IT FURTHER IS ORDERED that, pursuant to Rule 25(d) of the Federal Rules of Civil
2 Procedure, Dwight Neven is substituted for E.K. McDaniel as a respondent, following not only upon
3 the appointment of a successor officer for McDaniel but further upon petitioner's earlier transfer to High
4 Desert State Prison.
5    The Clerk shall send a copy of this order to the CJA Coordinator for this Division.
6    DATED this 16th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE