UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD LENNON, | Case No. 3:10-cv-00663-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Petitioner's unopposed motion for an enlargement of time (dkt. no. 45) is granted. The time for petitioner to complete discovery is extended to October 21, 2014, with the deadline for proceeding as directed in dkt. no. 44, at 16, lines 5-8, being extended to November 20, 2014. No extension herein automatically tolls the federal limitation period.

DATED THIS 9th day of September 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE