UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RONALD LENNON,

        Petitioner,        3:10-cv-00663-MMD-VPC

vs.        **MINUTES OF THE COURT**

E.K. MCDANIEL, *et al.*,        May 7, 2015

        Respondents.
_____/

PRESENT:
THE HONORABLE   MIRANDA M. DU   , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY   REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     On October 21, 2014, petitioner filed an unopposed motion for extension to time within which to complete court-authorized discovery. Dkt. no. 48. He followed that motion with a "Motion to Expand or Clarify Genetic Marking Testing Portion of Discovery Order," which he filed on October 29, 2014. Dkt. no. 49. Respondents subsequently filed a response to the latter motion in which they indicated that they do not oppose it. Dkt. no. 50. Good cause appearing,

     IT IS THEREFORE ORDERED that petitioner's "Motion to Expand or Clarify Genetic Marking Testing Portion of Discovery Order" (dkt. no. 49) is granted. Petitioner Lennon's right to conduct discovery is expanded to allow the Law Office of the Federal Public Defender, that office's expert witnesses, and NMS Labs, a facility located in Willow Grove, Pennsylvania, the right to have access to all of the evidence related to Las Vegas Metropolitan Police Department's Event No. 030808-1566 for the purposes of conducting DNA analysis and testing.

     IT IS FURTHER ORDERED that petitioner's unopposed motion for extension of time

within which to complete court-authorized discovery (Dkt. no. 48) is granted as follows. Petitioner shall have until July 22, 2015, to complete court-authorized discovery. In all other respects, this proceeding is governed by the schedule and provisions set forth on page 16 of dkt. no. 44, except that the option described on lines 5-8 shall be exercised within thirty (30) days of the completion of discovery.

                                        LANCE S. WILSON, CLERK

                                By:    /s/ James R. Barkley
                                             Deputy Clerk